JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 16-621 JGB (KKx) | Date | May 26, 2016 |
|---|---|---|---|
| Title | *Samuel Loera et al. v. Zulis Ruiz et al.* | | |

Present: The Honorable  JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order: (1) GRANTING IN PART Plaintiffs' Motion to Remand and Motion for Costs (Dkt. No. 12); (2) REMANDING the Case to Riverside Superior Court; and (3) VACATING the June 6, 2016 Hearing (IN CHAMBERS)

     Before the Court is Plaintiffs Samuel and Elizabeth Loeras' ("Plaintiffs") motion to remand the case to California Superior Court for the County of Riverside. (Dkt. No. 12.) The Court finds this matter appropriate for resolution without a hearing and VACATES the June 6, 2016 hearing. See Fed. R. Civ. P. 78; L.R. 7-15. Plaintiffs filed this motion on April 28, 2016 on the grounds that Defendants failed to remove the case to federal court within 30 days of receiving a copy of the initial complaint. See 28 U.S.C. § 1446(b)(1). Plaintiffs also seek costs and attorneys' fees incurred as a result of Defendants improper removal. (Dkt. No. 12 at 4-5.)

     Under Local Rule 7-9, a party must file opposition papers no later than 21 days before the date designated for the hearing of the motion. Accordingly, opposition papers were to be filed no later than May 16, 2016. To date, Defendants have not filed an opposition. Pursuant to Local Rule 7-12, the failure to file a required document, or the failure to file it within the proscribed deadline, may be deemed consent to the granting of the motion. Under Local Rule 7-12, the Court finds that Defendants have consented to the granting of the motion. Accordingly, the Court GRANTS IN PART Plaintiffs' motion and REMANDS the case to California Superior Court for the County of Riverside. The Court DENIES Plaintiffs' request for costs and fees incurred as a result of the removal. The June 6, 2016 hearing is VACATED.

     **IT IS SO ORDERED.**